Fill in this information to identify the case:

Debtor 1  Jazmina Davila

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN          District of  FLORIDA
(State)

Case number  25-19684-RAM

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2008-1, ASSET-BACKED CERTIFICATES, SERIES 2008-1

Court claim no. (if known)  1

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX1900

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes.  Date of the last notice:

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 10/21/2025 | (5) | $ 275.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review | 9/2/2025 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Jazmina Davila
_____
First Name   Middle Name   Last Name

Case number (*if known*)    25-19684-RAM
_____

## Part 2:      Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    */s/Reka  Beane*
_____
Signature

Date    02/22/2026
_____

Print:    Reka                                   Beane
_____
First Name        Middle Name        Last Name

Title    Authorized Agent
_____

Company    McCalla Raymer Leibert Pierce, LLP
_____

Address    1544 Old Alabama Road
_____
Number        Street

Roswell                    GA              30076
_____
City                    State            ZIP Code

Contact phone    954-332-9370
_____

Email    Reka.Beane@mccalla.com
_____

***If the Debtor and Lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Postpetition Mortgage Fees, Expenses, and Changes is for notice purposes only and will be abated pending the outcome of the mediation.  If the Debtor does not modify the mortgage, the notices will be effective pursuant to the Notice of Postpetition Mortgage fees, Expenses, and Charges

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**In re:**                                                     )
                                                               )     **Case No.** 25-19684-RAM
Jazmina Davila                                                 )     **Chapter** 13
                                                               )
                                                               )     **JUDGE:** Robert A Mark

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Other | | | | $250.00 |
| | 09/02/2025 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $275.00 |
| | 10/21/2025 | Preparation and Filing of Proof of Claim | $275.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                **$525.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  | Bankruptcy Case No.: 25-19684-RAM |
|---|---|

In Re: Chapter: 13

Jazmina Davila    Judge:    Robert A Mark

## CERTIFICATE OF SERVICE

I, Reka Beane, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jazmina Davila
1176 W 37TH TER
Hialeah, FL 33012-4138

Jose A Blanco                    *(Served via ECF at eservice@blancopa.com)*
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich                    *(Served via ECF at e2c8f01@ch13miami.com)*
POB 279806
Miramar, FL 33027

Office of the US Trustee                    *(Served via ECF at USTPRegion21.MM.ECF@usdoj.gov)*
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    02/23/2026    By:    */s/Reka Beane*
                    (date)            Reka Beane
                    Authorized Agent for Creditor

## Robertson, Anschutz, Schneid, Crane

6409 Congress Avenue

Boca Raton, FL 33487

Phone No:  (561) 241-6901

Fax No:

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

PHH Mortgage

Andrea Jenkins

2001 Bishops Gate Blvd

Mount Laurel, NJ 08054

| | | | |
|---|---|---|---|
| Re: | DAVILA JASMINA | Invoice #: | |
| | 1176W 37TH TERRACE | Invoice Status: | Check Confirmed |
| | HIALEAH, FL 33012 4138 | Input By: | Kayla DeMarco |
| Loan #: | | Date Submitted: | 9/3/2025 |
| Loan Type: | Conventional | Invoice Date: | 9/3/2025 |
| Inv.  Cat. ID: | / 001 | Vendor Ref #: | |
| Cost  nter: | | Vendor Code: | RASCPP |
| CONV Case No: | | Payee Code: | ATUSDEG |
| GSE Code: | O | Type: | Non Judicial |
| GSE REO Rem. Code: | | Referral Date | 8/26/2025 |

Original Mortgage Amount:   $200,000.00
Litigation Status Code:    YY
Man Code:    B

Acquisition Date:
Paid in Full Date:    N/A
Foreclosure Removal    N/A
HiType    1
Class Code

BK Case No:
BK Chapter:    13

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/3/2025 | 9/9/2025 | 9/12/2025 | | 9/9/2025 | 9/9/2025 | 9/10/2025 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 09/02/2025 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note:** Bankruptcy Plan Review - BK WIP NEW- Initial Plan Review (Non PA-OH). Please note that no documents are filed with BK court for Plan Review.BK_RECOVERABLE
**Service From Date:**  8/26/2025        **Service To Date:**  9/2/2025 12:00:00

| | | | | | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| | | | | | **$250.00** | **$0.00** | **$250.00** |

| **Total:** | | | | | **$250.00** | **$0.00** | **$250.00** |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Does Not Exceed Allowable

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 09/09/2025 | ███████ | 09/09/2025 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | 630 | BATY | 01R23 | 92 | $250.00 |

**Robertson, Anschutz, Schneid, Crane**

6409 Congress Avenue

Boca Raton, FL 33487

Phone No:  (561) 241-6901

Fax No:

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

PHH Mortgage

Andrea Jenkins

2001 Bishops Gate Blvd

Mount Laurel, NJ 08054

Re:    DAVILA JASMINA
1176W 37TH TERRACE
HIALEAH, FL 33012 4138

Loan #:    ███████
Loan Type:    Conventional
Inv. █ Cat. ID:    ███ / 001
Cost █nter:
CONV Case No:
GSE Code:    O
GSE REO Rem. Code:

Original Mortgage Amount:    $200,000.00
Litigation Status Code:    YY
Man Code:    B

BK Case No:    ██████
BK Chapter:    13

Invoice #:    ██████
Invoice Status:    Check Confirmed(Exc)
Input By:    Kayla DeMarco
Date Submitted:    10/22/2025
Invoice Date:    10/22/2025
Vendor Ref #:    ██████
Vendor Code:    RASCPP
Payee Code:    ATUSDEG
Type:    Non Judicial
Referral Date    8/26/2025

Acquisition Date:
Paid in Full Date:    N/A
Foreclosure Removal    N/A
HiType    1
Class Code

Invoice ID:    ██████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/22/2025 | 11/4/2025 | 11/4/2025 | 11/4/2025 | 11/6/2025 | 11/6/2025 | 11/7/2025 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 10/21/2025 | 1 | $275.00 | $275.00 | $0.00 | $275.00 |
| Note: Bankruptcy Proof of ClaimBK_RECOVERABLE | | | | | | | |
| Service From Date:  8/26/2025    Service To Date:  10/21/2025 | | | | | | | |
| Attorney Fees - Proof of Claim | | 10/21/2025 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |
| Note: Bankruptcy Proof of Claim (non-recoverable)BK_NON-RECOVERABLE | | | | | | | |
| Service From Date:  8/26/2025    Service To Date:  10/21/2025 | | | | | | | |
| Line Item was used multiple times on the invoice | | | | | | | |
| Attorney Fees - Bankruptcy Fee | | 10/21/2025 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| Note: Bankruptcy Proof of Claim - Part 5 (410A) (non-recoverable)BK_NON-RECOVERABLE | | | | | | | |
| Service From Date:  8/26/2025    Service To Date:  10/21/2025 | | | | | | | |
| | | | | | **$1,300.00** | **$0.00** | **$1,300.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total:** | | | | | $1,300.00 | $0.00 | $1,300.00 |

**Invoice Level Exceptions**

Line Item was used multiple times on the invoice

Execution Date Time: 02/17/2026 09:33:01 PM

**Pages: 1/ 3**

**<u>Invoice Level Comment</u>**
Does Not Exceed Allowable

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 11/06/2025 | ██████████ | 11/06/2025 | $275.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 630 | FPOC | 01R23 | 92 | $275.00 |

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 11/06/2025 | ██████████ | 11/06/2025 | $325.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Bankruptcy Fee | 630 | BATY | 01T23 | 92 | $325.00 |

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 11/06/2025 | ██████████ | 11/06/2025 | $700.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 630 | FPOC | 01T23 | 92 | $700.00 |